■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN A. CROSBY, Appellant. [869 NYS2d 813]

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted robbery in the second degree (Penal Law §§ 110.00, 160.10 [2] [a]). Supreme Court did not abuse its discretion in denying the motion of defendant to withdraw his plea, which was based upon his alleged misunderstanding that he was pleading guilty to a violent felony (*see People v Walton*, 98 AD2d 842, 843 [1983]). The valid waiver by defendant of his right to appeal encompasses his challenge to the severity of his sentence (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.